UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
Civil Action No. 3:20-cv-1066-BJD-MCR

JEFFERY L. EDWARDS,

Plaintiff,

v.

I.C. SYSTEM, INC.

Defendant,

_____/

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JEFFERY L. EDWARDS ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, I.C. SYSTEM, INC., have reached settlement and are in the process of completing the final closing documents and filing the dismissal. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: November 15, 2021                                    Respectfully submitted,

                                                                              *s/ Alejandro E. Figueroa*
                                                                              Alejandro E. Figueroa, Esq.
                                                                              (FL #1021163)

Sulaiman Law Group, Ltd.<br>
2500 S. Highland Ave., Ste. 200<br>
Lombard, IL 60148<br>
Phone: (630) 575-8181<br>
alejandrof@sulaimanlaw.com<br>
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alejandro E. Figueroa*