UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Action No. 3:20-cv-01066-BJD-MCR

JEFFERY L. EDWARDS,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Jeffery L. Edwards, and the Defendant, I.C. System, Inc., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 15, 2022      Respectfully Submitted,

| JEFFERY L. EDWARDS | I.C. SYSTEM, INC. |
|---|---|
| */s/ Alejandro E. Figueroa* | */s/ Joseph C. Proulx (with consent)* |
| Alejandro E. Figueroa, Esq. | Joseph C. Proulx, Esq. |
| Florida Bar No. 1021163 | FBN: 0056830 |
| Sulaiman Law Group, Ltd. | GOLDEN SCAZ GAGAIN, PLLC |
| 2500 S. Highland Ave, Suite 200 | 1135 Marbella Plaza Drive |
| Lombard, IL 60148 | Tampa, Florida 33619 |
| Telephone: (630) 575-8181 | |
| Facsimile: (630) 575-8188 | |

| | |
|---|---|
| alejandrof@sulaimanlaw.com<br>*Counsel for Plaintiff* | Phone: (813) 251-5500<br>Direct: (813) 251-3668<br>Fax: (813) 251-3675<br>jproulx@gsgfirm.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

                                           */s/ Alejandro E. Figueroa*